

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00401-CV

**IN THE INTEREST OF G.S.A.**, et al., Children

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-00795
Honorable Charles E. Montemayor, Judge Presiding

Opinion by:    Rebeca C. Martinez, Justice

Sitting:    Karen Angelini, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice

Delivered and Filed:  October 2, 2013

AFFIRMED

This is an appeal from the trial court's order terminating Appellant's parental rights to her children.  Appellant's court-appointed appellate attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced.  The attorney concludes that his client's appeal is frivolous and without merit.  The attorney's brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967).  *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio May 21, 2003, order) (applying *Anders* procedure to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.); *see also In re K.M.*, 98 S.W.3d 774, 775 (Tex. App.—Fort Worth 2003, no pet.) (same).

Appellant's attorney certified that a copy of his brief was delivered to his client who was advised of her right to examine the record and to file a pro se brief. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.). Appellant did not file a pro se brief. After reviewing the record, we agree that Appellant's appeal is frivolous and without merit. Accordingly, we affirm the trial court's judgment and grant Appellant's attorney's motion to withdraw. *See id.*

Rebeca C. Martinez, Justice